Daniel P. Larsen, OSB No. 943645
Email: dlarsen@buchalter.com
**BUCHALTER, A Professional Corporation**
805 SW Broadway, Suite 1500
Portland, OR  97205-3325
Telephone:     (503) 226-1191

Matias Ferrario, *Pro Hac* Admission
Email: mferrario@kilpatricktownsend.com
**KILPATRICK TOWNSEND AND STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC  27101-2400
Telephone:     (336) 607-7475

   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| Nike, Inc., an Oregon corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>adidas AG, a foreign corporation,<br>adidas North America, Inc., a Delaware corporation, and<br>adidas America, Inc., an Oregon corporation,<br><br>   Defendant. | Case No. 3:21-cv-1780-YY<br><br>**JOINT STATUS REPORT PURSUANT TO ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR STAY PENDING U.S. INTERNATIONAL TRADE COMMISSION INVESTIGATION (Dkt. 17)** |

Plaintiff Nike, Inc. ("Plaintiff") and Defendants adidas AG ("adidas AG"), adidas North America, Inc. ("adidas North America"), and adidas America, Inc. ("adidas America") (collectively all Defendants referred to as "adidas" or "Defendants") hereby submit this joint status report pursuant to the Court's Order granting Defendants' Unopposed Motion for Stay Pending U.S. International Trade Commission Investigation (Dkt. 17).

Page 1   Joint Status Report

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR  97205-3325
Telephone: 503.226.1191 / Fax: 503.226.0079

On January 19, 2022, Defendants' moved to stay the instant case in its entirety because a parallel proceeding, involving the same parties and overlapping patents, is pending before the U.S. International Trade Commission ("ITC" or "Commission"). Dkt. 16.

On January 20, 2022, the Court granted Defendants' Unopposed Motion for Stay Pending U.S. International Trade Commission Investigation. Dkt. 17.

As of the submission of this joint status report, the ITC investigation is still ongoing and continues to involve the same overlapping patents asserted in the instant case. On March 4, 2022, ITC issued an Order setting the procedural schedule which provides for a hearing on the investigation from October 11, 2022 to October 17, 2022 and a target date for completion of the investigation of June 6, 2023.

In light of the Order setting the procedural schedule and target date for completion of the investigation, a stay of the instant case in its entirety continues to be warranted under 28 U.S.C. § 1659(a) and the Court's discretion because Plaintiff's claims involve the same issues before the ITC.

For the reasons stated above, and the reasons set forth in Defendants' Unopposed Motion for Stay Pending U.S. International Trade Commission Investigation (Dkt. 16), the parties respectfully request that the Court continue its stay of the instant case entirely until there is a final determination, no longer subject to appeal, in the ITC proceeding.

Respectfully submitted this 19th day of July, 2022.

    **BUCHALTER, A Professional Corporation**

    *s/ Daniel P. Larsen*
    Daniel P. Larsen, OSB No. 943645

    **KILPATRICK TOWNSEND AND STOCKTON LLP**
    Matias Ferrario, *Pro Hac* Admission

    Attorneys for Defendants

Page 2   Joint Status Report

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR  97205-3325
Telephone: 503.226.1191 / Fax: 503.226.0079