UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| Nike, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>adidas AG, adidas North America, Inc., and adidas America, Inc.<br><br>    Defendants. | Civil Action No. 3:21-cv-1780<br><br>**JOINT NOTICE OF DISMISSAL** |

Comes now, Plaintiff Nike, Inc. ("Plaintiff") and Defendants adidas AG, adidas North America, Inc., and adidas America, Inc. ("Defendants") hereby notify the Court, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that they have reached a settlement of the matter in litigation such that the case is dismissed without prejudice, each party to bear its own attorneys' fees and costs.

DATED: August 16, 2022

/s/ B. John Casey
B. John Casey (OSB No. 120025)
John.Casey@stoel.com
Elliott Williams (OSB No. 144835)
Elliott.Williams@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Respectfully submitted,

/s/ Daniel P. Larsen
Daniel P. Larsen, OSB No. 943645
Email: dlarsen@buchalter.com
1331 NW Lovejoy St, Ste. 900
Portland, OR 97209-3280
Telephone: (503) 226-1191
Facsimile: (503) 226-0079

Page 1 – JOINT NOTICE OF DISMISSAL
116464974.1 0017531-00319

| | |
|---|---|
| Christopher J. Renk (admitted pro hac vice)<br>Michael J. Harris (admitted pro hac vice)<br>Aaron Bowling (admitted pro hac vice)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 W Madison Street, #4200<br>Chicago, IL 60602<br>Telephone: (312) 583-2300<br>Facsimile:  (312) 583-2360 | Matias Ferrario (admitted pro hac vice)<br>KILPATRICK TOWNSEND AND STOCKTON LLP<br>Email: mferrario@kilpatricktownsend.com<br>1001 West Fourth Street<br>Winston-Salem, NC 27101-2400<br>Telephone: (336) 607 7475<br>Facsimile: (336) 734 2651 |
| Bridgette C. Gershoni (admitted pro hac vice)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave. NW<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>Facsimile:  (202) 942-5999 | **Attorneys for Defendants adidas AG, adidas North America, Inc., and adidas America, Inc** |
| **Attorneys for Plaintiff Nike, Inc.** | |